IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CITIGROUP GLOBAL MARKETS INC.,

               Petitioner,

-against-

OMER ALI-TAHA,

               Respondent.
-------------------------------------------------------------------x

Civil Action No.

**NOTICE OF PETITION TO CONFIRM THE <u>ARBITRATION AWARD</u>**

PLEASE TAKE NOTICE that upon the annexed Petition of CITIGROUP GLOBAL MARKETS INC ("Citi" or "Petitioner"), the Declaration of Erin MacAvoy, Esq. and the attached exhibits, Petitioner will move this court, at the United States Court House, 40 Foley Square, New York, New York 10007, for an order pursuant to 9 U.S.C.A. § 9, confirming the Arbitration Award rendered by the Financial Industry Regulatory Authority Dispute Resolution Services in the matter entitled *Citigroup Global Markets Inc. v. Omer Ali-Taha,* FINRA Case No. 20-03641, and entering judgment thereon, and for such other and further relief as may be proper.

Dated: May 19, 2021

                                              ALONSO, ANDALKAR & FACHER, P.C.

                                        By:     /s/Catania Facher
                                                Catania Facher
                                                Erin MacAvoy
                                             *Attorneys for Petitioner*
                                             42 Broadway, Suite 1827
                                             New York, New York 10004
                                             (212) 598-5900