USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
          :
CITIGROUP GLOBAL MARKETS, INC.,   :
          :
         Petitioner,:
          :      1:21-cv-4510-GHW
    -against-     :      ORDER
          :
          :
OMER ALI-TAHA,        :
          :
        Respondent.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On May 27, 2021, Petitioner filed a petition to confirm an arbitration award and supporting materials. The Court notes that proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, Petitioners must file and serve all documents that are required to accompany a motion for summary judgment, including a memorandum of law, a statement pursuant to Local Civil Rule 56.1, and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, by no later than August 26, 2021. Respondent's opposition is due no later than three weeks from the date of service of Petitioner's brief. Petitioner's reply, if any, is due no later than one week from the date of service of the opposition.

Petitioner is directed to serve a copy of this order upon Respondent and to file an affidavit of such service with the Court no later than August 26, 2021.

SO ORDERED.

Dated: July 26, 2021
New York, New York

                                                      GREGORY H. WOODS
                                                     United States District Judge